# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : Case No. 16-52886 |
| Lois Forsythe | : |
| | : Chapter 13 |
| Debtor. | : |
| | : Judge Charles M. Caldwell |
| | : |

## Amended Certificate of Service

I hereby certify that true and accurate copies of the Motion for Determination that Mortgage/Lien is Wholly Unsecured and Void were served on August 18, 2016 on the following registered EFC participants, electronically through the court's ECF System at the email address registered with the Court:

Frank M. Pees, 130 E. Wilson Bridge Rd, Suite 200, Worthington, OH 43085, trustee@ch13.org.
Asst US Trustee, ustpregion09.cb.ecf@usdoj.gov
Edward J. Boll on bahalf of Creditor US Bank Trust, NA
Edward J. Boll on behalf of Creditor Wells Fago Bank NA sohbk@lsrlaw.com
Jennifer Fate on behalf of Creditor Ohio Department of Taxation, fate@mmmb.com, adm@mmmb.com

And on the following parties by regular U.S. Mail:
Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-001
Wells Fargo Home Mortgage, 3201 N. 4th Ave, Sioux Falls, SD 57104

        Respectfully submitted

        /S/ Jetta Mencer
        JETTA MENCER (0013024)
        Attorney at Law.
        One South Park Place
        Newark, OH 43055
        (740) 345-5171
        (740) 349-9327 FAX

        Attorney for Debtor