# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re   Lois K. Forsythe | : | Case No. 2:16-bk-52886 |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Preston |

## Suggestion of Death

    Now comes Attorney for the debtor and hereby gives notice of the death of the Debtor, Lois K. Forsythe on May 5, 2020.

                                                                Respectfully submitted

                                                                /S/ Jetta Mencer_____
                                                                JETTA MENCER (0013024)
                                                                Attorney at Law.
                                                               P.O. Box 1115
                                                                Columbus, OH 43216
                                                               (740) 622-3462
                                                               (740) 879-2801 FAX

                                                               Attorney for Debtor

Ohio Department of Health
VITAL STATISTICS
**CERTIFICATE OF DEATH**

Primary Reg. Dist. No. 1601 State File No. 2020046278
Registrar's No. 1601-2020000062

## DECEDENT

| 1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any) | 2. Sex | 3. Date of Death (Mo/Day/Year) |
|---|---|---|
| LOIS K FORSYTHE | FEMALE | MAY 05, 2020 |

| 4. Social Security Number | 5a. Age (Years) | 5b. Under 1 Year Months | 5c. Under 1 day Hours Minutes | 6. Date of Birth (Mo/Day/Year) | 7. Birthplace (City and State or Foreign Country) |
|---|---|---|---|---|---|
| XXX-XX-XXXX | 88 | | | JUNE 20, 1931 | PITTSBURGH, PENNSYLVANIA |

| 8a. Residence State | 8b. County | 8c. City or Town |
|---|---|---|
| OHIO | COSHOCTON | COSHOCTON |

| 8d. Street Address and Zip Code | 9. Ever in US Armed Forces? |
|---|---|
| 1729 FLINT LANE 43812 | NO |

| 10. Marital Status at Time of Death | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) |
|---|---|
| WIDOWED (AND NOT REMARRIED) | |

| 12. Decedent's Education | 13. Decedent of Hispanic Origin | 14. Decedent's Race |
|---|---|---|
| DOCTORATE DEGREE OR | NO | WHITE |

| 15. Father's Name | 16. Mother's Name (prior to first marriage) |
|---|---|
| PAUL KERN | ELEANOR MCCLEERY |

| 17a. Informant's Name | 17b. Relationship to Decedent | 17c. Mailing Address (Street and Number, City, State, Zip Code) |
|---|---|---|
| SHARON FORSYTHE-PRICE | DAUGHTER | 424 WALLER STREET PORTSMOUTH, OHIO 45662 |

| 18a. Place of Death | |
|---|---|
| DECEDENT'S HOME | |

| 18b. Facility Name (If not institution, give street & number) | 18c. City or Town, State and Zip Code | 18d. County of Death |
|---|---|---|
| 1729 FLINT LANE | COSHOCTON, OH 43812 | COSHOCTON |

## DISPOSITION

| 19. Funeral Service Licensee or Other Agent | 20. License Number (of licensee) | 21. Name and Complete Address of Funeral Facility |
|---|---|---|
| JESSICA A PAISLEY | 009294 | GIVEN-DAWSON-PAISLEY FUNERAL 186 PARK AVE COSHOCTON, OH 43812 |

| 22. Method and Place of Disposition |
|---|
| BURIAL - COSHOCTON COUNTY MEMORY GARDENS, COSHOCTON, OH |

| 23. Local Registrar | 24. Date Filed (Month/Day/Year) |
|---|---|
| LINDA JAMISON | MAY 07, 2020 |

## CERTIFIER

26a. Certifier (Check only one) [X] Certifying Physician: To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
[ ] Coroner or Medical Examiner: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.

| 26b. Time of Death | 26c. Date Pronounced Dead (Month/Day/Year) | 26d. Was Case Referred to Medical Examiner or Coroner? |
|---|---|---|
| 07:32 | MAY 05, 2020 | NO |

| 26e. Certifier Name and Title | 26f. License number | 26g. Date Signed (Month/Day/Year) |
|---|---|---|
| DWIGHT J MCFADDEN, III   MD | 35.082662 | MAY 07, 2020 |

27. Name and Address of Person who Completed Cause of Death
DWIGHT J MCFADDEN, III, 716 COMMERCIAL AVE SW, NEW PHILADELPHIA, OH 44663

## CAUSE OF DEATH

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | | Approximate Interval: Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. END STAGE RENAL DISEASE | UNKNOWN |
| Sequentially list conditions, if any, leading to immediate cause. | b. Due to (or as Consequence of) DIABETES MELLITUS | YEARS |
| Enter Underlying Cause (Disease or injury that initiated events resulting in a death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 29a. Was An Autopsy Performed? | 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? |
|---|---|
| NO | NOT APPLICABLE |

| 30. Did Tobacco Use Contribute to Death? | 31. If Female, Pregnancy Status | 32. Manner of Death |
|---|---|---|
| NO | NOT APPLICABLE. | NATURAL |

| 33a. Date of Injury (Mo/Day/Year) | 33b. Time of Injury | 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 33d. Injury at Work? |
|---|---|---|---|
| | | | |

33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State)

| 33f. Describe How Injury Occurred: | 33g. If Transportation Injury, Specify: |
|---|---|

HEA 2724  Rev. 08/18

Linda Jamison, Registrar

MAY - 8 2020



HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.
REV. 7/2015
VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW